**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| **G.L. a Minor, By and Through Wayne Latour, As Parent and Natural Guardian,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**GERBER PRODUCTS COMPANY and WALMART, INC,**<br><br>***Defendants.*** | **CIVIL ACTION NO.**<br>**3:26-cv-00096-TES** |

**ORDER**

Following the filing of Plaintiff's complaint, the Court issued a show-cause order to Plaintiff regarding proper venue under 28 U.S.C. § 1391. [Doc. 2]. Plaintiff responded that there was a typographical error in the complaint and requested that the Court discharge its show cause order. [Doc. 4, p. 1]. Plaintiff also filed an Amended Complaint which states that Plaintiff is a resident and citizen of Georgia, rather than Florida, and Defendants sell baby food regularly in the state of Georgia. [Doc. 3, ¶¶ 7, 12–13]. The Amended Complaint, therefore, cures the facially deficient venue pleadings of the original complaint. Accordingly, the show-cause inquiry is **DISCHARGED**.

**SO ORDERED**, this 27th day of August, 2026.

*S/ Tilman E. Self, III*
**TILMAN E. SELF, III**
**UNITED STATES DISTRICT JUDGE**